# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MANNY FILM LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 8:15-cv-00510-JDW-TGW |
| | ) |
| v. | ) Judge Whittemore |
| | ) |
| JOHN DOE subscriber assigned IP address | ) |
| 65.32.132.241, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation or a publicly held corporation that owns more than 10% of its stock.

Respectfully submitted,

/s/ David F. Tamaroff
**DAVID F. TAMAROFF**
Fla. Bar No. 92084
david@tamarofflaw.com
**DANIEL F. TAMAROFF**
Fla. Bar No. 92083
dan@tamarofflaw.com
**TAMAROFF & TAMAROFF, P.A.**
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel:  (305)   350-7440
Fax:  (305)   350-7441
admin@tamarofflaw.com
*Attorneys for Plaintiff*