**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MANNY FILM, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 8:15-cv-00510-JDW-TGW |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address | ) |
| 65.32.132.241, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Manny Film, LLC, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a) Manny Film, LLC;

    b) John Doe subscriber assigned IP address 65.32.132.241;

    c) Tamaroff & Tamaroff, P.A.;

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceeding: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee (or if not creditors' committee the 20 largest unsecured creditors):

1

**N/A**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff, Manny Film, LLC**

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: April 6, 2015

Respectfully submitted,

/s/ *David F. Tamaroff*
**DAVID F. TAMAROFF**
Fla. Bar No. 92084
david@tamarofflaw.com
**DANIEL F. TAMAROFF**
Fla. Bar No. 92083
dan@tamarofflaw.com
**TAMAROFF & TAMAROFF, P.A.**
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel:  (305)  350-7440
Fax:  (305)  350-7441
admin@tamarofflaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *David F. Tamaroff*

**SERVICE LIST**

U.S. District Court
Middle District of Florida
Civil Case No. 8:15-cv-00510-JDW-TGW

1. Plaintiff does not yet have Defendant's name or address.