**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MANNY FILM, LLC, | ) |
| Plaintiff, | ) Case No. 8:15-cv-00510-JDW-TGW |
| v. | ) |
| JOHN DOE subscriber assigned IP address 65.32.132.241, | ) |
| Defendant. | ) |

## NOTICE OF PENDENCY OF OTHER ACTIONS

Pursuant to Local Rule 1.04(d), I certify that the instant action is related to pending or closed civil or criminal cases previously filed in this Court as indicated below:

1. Manny Film LLC v. Doe, Case No. 2:15-cv-00145-SPC-DNF;
2. Manny Film LLC v. Doe, Case No. 3:15-cv-00262-TJC-PDB;
3. Manny Film LLC v. Doe, Case No. 3:15-cv-00263-MMH-JBT;
4. Manny Film LLC v. Doe, Case No. 3:15-cv-00264-HES-MCR;
5. Manny Film LLC v. Doe, Case No. 3:15-cv-00265-MMH-JRK;
6. Manny Film LLC v. Doe, Case No. 3:15-cv-00266-HLA-JRK;
7. Manny Film LLC v. Doe, Case No. 6:15-cv-00365-PGB-TBS;
8. Manny Film LLC v. Doe, Case No. 6:15-cv-00366-PGB-TBS;
9. Manny Film LLC v. Doe, Case No. 6:15-cv-00367-PGB-TBS;
10. Manny Film LLC v. Doe, Case No. 6:15-cv-00368-PGB-TBS;
11. Manny Film LLC v. Doe, Case No. 6:15-cv-00369-PGB-TBS;
12. Manny Film LLC v. Doe, Case No. 6:15-cv-00370-PGB-TBS;
13. Manny Film LLC v. Doe, Case No. 6:15-cv-00371-PGB-TBS;
14. Manny Film LLC v. Doe, Case No. 6:15-cv-00372-PGB-TBS;
15. Manny Film LLC v. Doe, Case No. 6:15-cv-00373-PGB-TBS;
16. Manny Film LLC v. Doe, Case No. 6:15-cv-00374-PGB-TBS;
17. Manny Film LLC v. Doe, Case No. 6:15-cv-00375-PGB-TBS;
18. Manny Film LLC v. Doe, Case No. 6:15-cv-00376-PGB-TBS;
19. Manny Film LLC v. Doe, Case No. 6:15-cv-00377-PGB-TBS;
20. Manny Film LLC v. Doe, Case No. 6:15-cv-00378-PGB-TBS;
21. Manny Film LLC v. Doe, Case No. 6:15-cv-00379-PGB-TBS;
22. Manny Film LLC v. Doe, Case No. 6:15-cv-00380-PGB-TBS;

23. Manny Film LLC v. Doe, Case No. 6:15-cv-00381-PGB-TBS;
24. Manny Film LLC v. Doe, Case No. 6:15-cv-00382-PGB-TBS;
25. Manny Film LLC v. Doe, Case No. 8:15-cv-00495-CEH-EAJ;
26. Manny Film LLC v. Doe, Case No. 8:15-cv-00496-MSS-MAP;
27. Manny Film LLC v. Doe, Case No. 8:15-cv-00497-CEH-MAP;
28. Manny Film LLC v. Doe, Case No. 8:15-cv-00498-EAK-AEP;
29. Manny Film LLC v. Doe, Case No. 8:15-cv-00499-CEH-TBM;
30. Manny Film LLC v. Doe, Case No. 8:15-cv-00500-VMC-TBM;
31. Manny Film LLC v. Doe, Case No. 8:15-cv-00501-MSS-TGW;
32. Manny Film LLC v. Doe, Case No. 8:15-cv-00502-JSM-EAJ;
33. Manny Film LLC v. Doe, Case No. 8:15-cv-00503-JSM-EAJ;
34. Manny Film LLC v. Doe, Case No. 8:15-cv-00504-SDM-TGW;
35. Manny Film LLC v. Doe, Case No. 8:15-cv-00505-SDM-EAJ;
36. Manny Film LLC v. Doe, Case No. 8:15-cv-00506-JSM-MAP;
37. Manny Film LLC v. Doe, Case No. 8:15-cv-00507-CEH-EAJ;
38. Manny Film LLC v. Doe, Case No. 8:15-cv-00508-JDW-MAP;
39. Manny Film LLC v. Doe, Case No. 8:15-cv-00509-CEH-MAP; and
40. Manny Film LLC v. Doe, Case No. 8:15-cv-00510-JDW-TGW.

Dated: April 6, 2015

Respectfully submitted,

/s/ *David F. Tamaroff*
**DAVID F. TAMAROFF**
Fla. Bar No. 92084
david@tamarofflaw.com
**DANIEL F. TAMAROFF**
Fla. Bar No. 92083
dan@tamarofflaw.com
**TAMAROFF & TAMAROFF, P.A.**
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel: (305) 350-7440
Fax: (305) 350-7441
admin@tamarofflaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on April 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              By:   /s/ *David F. Tamaroff*

## SERVICE LIST

U.S. District Court
Middle District of Florida
Civil Case No. 8:15-cv-00510-JDW-TGW

1. Plaintiff does not yet have Defendant's name or address.